BRILL v. NORKETT.

(Supreme Court, Appellate Term.  June 22, 1903.)

1. LANDLORD AND TENANT—SUMMARY PROCEEDINGS—EVIDENCE.
    Where, in a summary proceeding by a landlord against his tenant, the
    allegation of the petition that a certain amount of rent was due was
    denied by a verified answer, judgment for plaintiff, without any evidence
    that any rent was due, was erroneous.

Appeal from Municipal Court, Borough of Manhattan, Second
District.

Summary proceedings by Max Brill against William S. Norkett
to recover possession of certain premises belonging to plaintiff.
From a judgment in favor of plaintiff, defendant appeals.  Reversed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and
MacLEAN, JJ.

A. S. Gilbert, for appellant.
William G. McCrea, for respondent.

MacLEAN, J.  Upon a verified petition alleging three months'
rent due and owing, and demand therefor, and upon a verified answer
denying each and every allegation in said petition contained, except
"that on or about the 9th day of March, 1903, one Max Brill de-
manded of this tenant the sum of five hundred dollars," the trial
justice, without any evidence that the rent claimed in the petition
or any rent was due, rendered judgment by final order in favor of
the landlord, awarding him possession of the premises for nonpay-
ment of rent.  The final order must therefore be reversed, and a
new trial ordered, with costs to abide the event.

Final order reversed, and a new trial ordered, with costs to ap-
pellant to abide the event.  All concur.